**ADANTÉ D.  POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# ESATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD TOURTE, an individual; | Case No. 1:25-cv-01297-KES-FJS |
| Plaintiff, | STIPULATION AND ORDER TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| CITY OF SONORA, et al.; | (ECF No. 18) |
| Defendants. | DEADLINE: APRIL 8, 2026 |

WHEREAS, on October 1, 2025, Plaintiff filed his Complaint in this matter. (ECF No. 1).

WHEREAS, the deadline to amend pleadings in this matter is March 31, 2026. (ECF No. 14)

WHEREAS, since the initiation of the case, Plaintiff and Defendants have exchanged initial disclosures and discovery responses. Through the review of the disclosed discovery materials, Plaintiff has determined the identities of additional individual defendants who used

force against him in the incident giving rise to the litigation. These individuals were previously identified as DOES 1-50 in the initial complaint.

WHEREAS, Plaintiff has drafted a redline copy of his proposed First Amended Complaint naming these individual defendants. Said copy is attached to this stipulation and proposed order as an exhibit.

WHEREAS, Plaintiff's Counsel has provided Defendants' Counsel with the redline version of Plaintiff's proposed First Amended Complaint. Defendants' Counsel has no objection to Plaintiff's filing of the proposed First Amended Complaint. All defendants reserve their right to file a motion to dismiss in response to the First Amended Complaint.

THEREFORE, the Parties JOINTLY REQUEST and STIPULATE TO that the Court grant Plaintiff leave to file his First Amended Complaint.

Dated: March 31, 2026

By:      /s/ Eduardo Ruiz
Eduardo Ruiz
Attorneys for Defendants

Dated:  March 31, 2026

By:      /s/ Ty Clarke
Ty Clarke
Attorneys for Plaintiff

ORDER

The Court, having reviewed the parties' stipulation and proposed order to grant Plaintiff leave to file a First Amended Complaint (ECF No. 18), and good cause appearing, IT IS SO ORDERED.  Plaintiff is ORDERED to file his First Amended Complaint by <u>April 8, 2026</u>.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

              FRANK J. SINGER
              UNITED STATES MAGISTRATE JUDGE